STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.6945     AND FILED ON     8/2/2007

| | |
|---|---|
| JENNIFER GILLIGAN<br><br>Vs.<br><br>CONTRACTORS REGISTER, INC. | Plaintiff(s)/Petitioner(s)<br><br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK     )
                                                           SS

COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___8/10/2007___ at ___10:54AM___, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES

Party Served: CONTRACTORS REGISTER, INC.,     (herein called recipient) therein named.

At Location: 800 EAST MAIN STREET
JEFFERSON VALLEY NY

By delivering to and leaving with ___RENE DUFFELUYER___ and that deponent knew the person so served to be the HUMAN RESOURCES MANAGER of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM     Color of Skin: WH     Color of Hair: BROWN
Age: 60     Height: 5'4"
Weight: 140     Other Features:

Sworn to before me on ___8/10/2007___

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
Qualified in Westchester County
Commission Expires September 30, 20/0

_Gary Williams_ (signature)
Gary Williams
Server's License#: