UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jackson Lewis LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
**Attorney of Record for Defendant**
Greg A. Riolo (GR 1634)
Michael A. Frankel (MF 9712)

-----------------------------------------------------------x
JENNIFER GILLIGAN,                :
                                  :    07 CIV. 6945
            Plaintiff,   :
                                  :
    - against -              :
                                  :
CONTRACTORS REGISTER INC,         :
                                  :
            Defendant.   :
-----------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Contractors Register Inc. certify that Defendant is a privately-held corporation with no corporate parents, subsidiaries or affiliates.

                                          Respectfully submitted,
                                          JACKSON LEWIS LLP
                                          One North Broadway
                                          Suite 1502
                                          White Plains, New York 10601
                                          (914) 328-0404

                            By:   *Michael Frankel* (signature)
                                          Greg Riolo (GR 1634)
                                          Michael A. Frankel (MF 9712)
                                          *Attorneys for Defendants*

Dated: August 30, 2007
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JENNIFER GILLIGAN,                          :
                                            :     07 CIV. 6945
                    **Plaintiff,**          :
                                            :
   - against -                              :
                                            :
CONTRACTORS REGISTER INC,                   :
                                            :
                    **Defendant.**          :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of Contractors Register Inc.'s Rule 7.1 Disclosure Statement has been served ECF and via regular U.S. mail, postage prepaid on August 30, 2007 on counsel for Plaintiff at the address set forth below:

                    Jonathan Lovett, Esq.
                    Lovett & Gould, LLP
                    222 Bloomingdale Road
                    White Plains, New York 10605
                     *Attorney for Plaintiffs*

                                              */s/ Michael Frankel*
                                              Michael A. Frankel