UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JENNIFER GILLIGAN,

                          Plaintiff,          07 Civ 6945 (WP4)

   -against-

CONTRACTORS REGISTER INC,          **PLAINTIFF'S NOTICE OF**
                                                        **APPEARANCE OF COUNSEL**
                        Defendant.

------------------------------------------------------------x

TO THE CLERK OF THE COURT:

      Please enter the appearance of Kim Berg, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Jennifer Gilligan in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                        Kim Berg (KB 1425)
                        Lovett & Gould, LLP
                        222 Bloomingdale Road
                        White Plains, New York 10605
                        (914) 428-8401
                        FAX: (914)) 428-8916
                        E-mail: kberg@lovett-gould.com

                        Respectfully submitted,

                        LOVETT & GOULD, LLP
                        222 Bloomingdale Road, Suite 304
                        White Plains, New York 10605
                        (914) 428-8401
              By: _____
                        Kim Berg (KB 1425)

Dated: September 26, 2007
       White Plains, New York 10605