UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JENNIFER GILLIGAN,

                Plaintiff,

    - against -                        07 CIV. 6945 (GAY)

CONTRACTORS REGISTER INC,

                Defendant.
----------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action is dismissed, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

LOVETT & GOULD, ESQS.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

11/21/07
Date

By: _____
Kim Berg (KB 1425)
*ATTORNEYS FOR PLAINTIFF*

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404

11/20/07
Date

By: _____
Greg A. Riolo (GR 1634)
*ATTORNEYS FOR DEFENDANT*

So Ordered this 27th day of November, 2007

_____
Honorable George A. Yanthis   Kenneth M. Karas
United States Magistrate Judge   U.S.D.J.
11/26/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: _____